**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | : : : | CIVIL ACTION FILE NO. 26-cv-64 |
| Plaintiff, | : : | |
| v. | : : | |
| HOLISTIC CHOICE LABS LLC | : : | |
| Defendant. | : : : | |
| | / | |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to

Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a

motion for summary judgment.

RESPECTFULLY SUBMITTED AND DATED this April 16, 2026.


/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com